IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DAVID EARL CARR,** | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:16-cv-00070 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | WHALEN |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Judgment on the Administrative Record, (*see* Doc. No. 17), which was filed on April 30, 2018. (Doc. No. 21). In the Report and Recommendation, the Magistrate Judge finds the Administrative Law Judge's ("ALJ") decision to deny Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income is supported by substantial evidence. The Magistrate Judge recommends Plaintiff's motion be denied and the decision of the ALJ affirmed. Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the decision of the Commissioner of Social Security is **AFFIRMED**, and Plaintiff's motion is **DENIED**.

This action is **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE